JOHN E. KUHN, JR.
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:20-cv-00296-JMK-MMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STATUS REPORT** |
| $37,425.54 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

The United States has very little to report, the United States is waiting for an order from the court regarding a trial date, or scheduling order regarding discovery, depositions, and motions. Or some guidance from the court on the parties conferring on mutually agreeable dates.

//

//

RESPECTFULLY SUBMITTED March 14, 2022, in Anchorage, Alaska.

JOHN E. KUHN, JR.
United States Attorney

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel for Defendant

s/ Kelly Cavanaugh
Office of the U.S. Attorney

U.S. v. $37,425.54 in United States Currency
3:20-cv-00296-JMK-MMS